# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2017-2330

**STONE BASKET INNOVATIONS, LLC,**

*Plaintiff - Appellee*

v.

**COOK MEDICAL LLC,**

*Defendant - Appellant*

Appeal from the United States District Court for the Southern District of Indiana in No. 1:16-cv-00858-LJM-TAB, Judge Larry J. McKinney.

## MANDATE

In accordance with the judgment of this Court, entered June 11, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: Clerk of Court, Southern District of Indiana
James Richard Ferguson
Robert E. Freitas
Daniel J. Weinberg
Joshua Young